**UNITED STATES of America,**
**Plaintiff-Appellee**

v.

**Eric COLINE, Defendant-Appellant**

**No. 15-20234**
**Summary Calendar**

United States Court of Appeals,
Fifth Circuit.

Filed April 5, 2017

Carmen Castillo Mitchell, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff-Appellee

Eric Coline, Pro Se

Before JOLLY, SOUTHWICK, and HIGGINSON, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Eric Coline has moved for leave to withdraw on the ground that there is no non-frivolous issue for appeal, in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Counsel's motion satisfies the requirements for *Anders* briefs. *See id.*; *United States v.*

*Flores,* 632 F.3d 229 (5th Cir. 2011). Coline has filed a response.

We have reviewed counsel's motion and the relevant portions of the record reflected therein, as well as Coline's response. We concur with counsel's assessment that the appeal presents no non-frivolous issue for appellate review. However, contrary to counsel's assertion, the judgment contains no clerical error. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Coline's motion for appointment of new counsel or, alternatively, for leave to proceed pro se is DENIED. *See United States v. Wagner,* 158 F.3d 901, 902–03 (5th Cir. 1998). Coline's motion to supplement the record on appeal and to place the record on appeal under seal is also DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.